December 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CAROLYN WARRICK, Appellant

NO. 14-13-00938-CV                    V.

MOTIVA ENTERPRISES, L.L.C, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Motiva enterprises, L.L.C, signed August 28, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Carolyn Warrick, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.